NORA TUA AND ALFRED TUA, HER HUSBAND, PLAIN-TIFFS-RESPONDENTS, v. MODERN HOMES, INC., DE-FENDANT-APPELLANT.

Argued November 21, 1960—Decided December 5, 1960.

*Mr. Edmond J. Dwyer* argued the cause for the appellant.

*Mr. Newton H. Roemer* argued the cause for the respondents (*Messrs. Nussman & Kaplan,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed in the majority opinion of Judge Price in the court below.

Mr. Justice HALL and Mr. Justice SCHETTINO vote to reverse the judgment for the reasons expressed in the minority opinion of Judge Foley.

*For affirmance*—Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS and PROCTOR—4.

*For reversal*—Justices HALL and SCHETTINO—2.